# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jason Lee,

Plaintiff,

vs.

The International Recovery Firm, a foreign corporation, Monitronics, Inc., a foreign corporation,

Defendants,

File No. OO-CV-2732 DSD/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE and ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant Monitronics have conferred and agreed to settle this matter as to Defendant Monitronics. An Answer in this matter is not yet due under the Rules, and no Answer has been filed or served by Defenant Monitronics.

Now, therefore, in consideration of the various promises made by the parties, Jason Lee and Monitronics, Inc., agree as follows:

1. Plaintiff's First Cause of Action - Disgorgement, may be dismissed with prejudice and on the merits as to Defendant Monitronics, Inc;
2. Defendant Monitronics, Inc. need not make any further appearance in this action except to answer any claim put forward by its co-Defendant The International Recovery Firm;
3. Plaintiff expressly reserves any and all claims he has or may have against Defendant The International Recovery Firm;
4. Plaintiff expressly agrees to dismiss with prejudice any and all claims he

FILED MAR 2 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

has or may have against Defendant Monitronics, Inc.

FOR DEFENDANT MONITRONICS, INC.
Dated: 3/5/01

---------------------------------
Steve Hedrick
Vice President of Finance
Monitronics, Inc.
12801 Stemmons Freeway
Suite 821
Dallas, TX 75234
(800) 232-1490

FOR PLAINTIFF JASON LEE
Dated: 2 March 2001

---------------------------------
Steven T. Appelget
MN Atty. ID No. 236998
Attorney for Plaintiff
1102 Grand Avenue
Saint Paul, MN 55105
(651) 224-5079

**IT IS HEREBY ORDERED**

that pursuant to the foregoing stipulation, Plaintiff Jason Lee's claims against Defendant Monitronics , Inc. are hereby dismissed with prejudice and on the merits and without costs or disbursements to any party.

DATED: 3/26/01

BY THE COURT

---------------------------------
David S. Doty
United States District Court Judge