UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jason Lee,

Plaintiff,

vs.

The International Recovery Firm, a foreign corporation, Monitronics, Inc., a foreign corporation,

Defendants,

File No. 00-CV-2732 DSD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR VACATION OF JUDGMENT**

The parties, through counsel, hereby stipulate and agree this matter may be DISMISSED WITH PREJUDICE and on the merits, without further costs to either party. The parties further stipulate and agree the Court may enter the attached Order dismissing this action with prejudice and vacating the Court's default judgment of October 26, 2001.

FOR PLAINTIFF JASON LEE

Dated: 23 January, 2002

[signature]

Steven T. Appelget
Attorney for Plaintiff
1102 Grand Avenue
Saint Paul, MN 55105
(651) 224-5079

FOR DEFENDANT THE INTERNATIONAL RECOVERY FIRM

Dated: 1/24/02

[signature]

Michael A. Klutho
Bassford, Lockhart, Truesdell & Briggs, P.A.
Attorney for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 376-1619

FILED 1-29-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation of Dismissal and Request for Vacation, this matter is hereby DISMISSED with Prejudice, and the Judgment entered herein is VACATED.

Dated: 1/29/02

________________________________
Hon. David S. Doty
United States District Court Judge